FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0139

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 22-0139

_____

RHONDA LINDQUIST, OFFICE OF THE
STATE PUBLIC DEFENDER,

      Petitioner,

    v.

MONTANA THIRTEENTH JUDICIAL
DISTRICT COURT, HON. DONALD HARRIS,
Presiding,

      Respondent.

                            O R D E R

_____

The Montana Innocence Project seeks leave to submit a brief as *amicus curiae* in this certiorari matter the Office of State Public Defender (OPD) filed to review an order holding OPD in contempt for failure to timely assign permanent defense counsel in criminal matters pending in the Thirteenth Judicial District Court, Yellowstone County. The Innocence Project represents that neither party opposes its motion but that OPD requests the opportunity to submit a reply brief. The Court recently granted the Respondent Honorable Donald Harris a 30-day extension of time within which to file his response to OPD's petition; the Innocence Project states that it will file its brief by the Respondent's due date. Good cause appearing, and there being no objection,

IT IS ORDERED that the Montana Innocence Project is granted leave to file an amicus curiae brief in accordance with M. R. App. P. 11. The brief shall be filed and served on all counsel of record on or before May 25, 2022.

IT IS FURTHER ORDERED that OPD may file a reply brief within fourteen days of the filing of the briefs of Respondent and Amicus Curiae.

The Clerk is directed to provide notice of this Order to all counsel of record in the Thirteenth Judicial District Court Cause No. SB 2021-1, to the Montana Attorney General's Office, and to the Honorable Donald Harris, presiding District Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
April 13 2022